CHARLES BRYAN, Appellant, v. 429 CORPORATION, Respondent, et al., Defendants.— There was not a sufficient showing that the superintendent was acting in the course of his employment in assaulting the plaintiff, or that he was of known vicious propensity. Judgment unanimously affirmed, with costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

In the Matter of THOMAS TAMARA, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

In the Matter of 2350-8 AVENUE CORP., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

ISIDORE HITTNER, Respondent, v. LOUIS VON CSEH, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

In the Matter of the Arbitration between FRANCISCO A. BLANCO, Appellant, and FARR & Co., Respondent.— Regardless of whether applicable sections of the by-laws of the exchange be deemed to provide for statutory or common-law arbitration, there is an arbitrable dispute between appellant and respondent, who are both members of the New York Coffee and Sugar Exchange, Inc., and bound by its by-laws including section 45 thereof. As to the contract to arbitrate and the arbitrable dispute exist, all controversies are for the arbitrators including the timeliness of the so-called adjudication proceeding. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *post*, p. 1013.]

In the Matter of JOSEPH DIAMOND, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, with $20 costs and disbursements to the respondents and the petition herein dismissed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.; Glennon and Dore, JJ., dissent and vote to annul the determination and grant the relief prayed for on the ground that there was no substantial evidence to support the determination of the State Liquor Authority that the petitioner had ceased to conduct a bona fide restaurant.